Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**FILED**

# UNITED STATES DISTRICT COURT   JUN 27 2022

for the

Eastern District of California

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Civil Division

| | |
|---|---|
| PRAKASH NARAYAN | ) Case No. 2:22-CV-1103-TLN-JDP (PS) |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| NBS Default Service LLC DBA Naional Bankruptcy, | ) |
| Bonail & Associates PC, Austin Nagar, NBS Law Firm | ) |
| and Specilaized Loan Service LLC | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Prakash Narayan |
| Street Address | 7278 Munson Way |
| City and County | Sacramento |
| State and Zip Code | CA 95823 |
| Telephone Number | 9164227278 |
| E-mail Address | pn011959@yahoo.com |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                          NBS Default Services LLC

    Job or Title *(if known)*

    Street Address             14841 Dallas Parkway, Suite 425

    City and County           Dallas

    State and Zip Code       TX 75254

    Telephone Number      800-766-7751

    E-mail Address *(if known)*

Defendant No. 2

    Name                          Specialized Loan Service LLC

    Job or Title *(if known)*

    Street Address             6200 S. Quebec St

    City and County           Greenwood Village

    State and Zip Code       CO 80111

    Telephone Number      800-306-6062

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fair Debt Practices Act (FDCPA), 38 CFR § 75.113 - Data breach, The Privacy Act of 1974, § 808. Unfair practices, § 806 Harassment or abuse, § 805, Communication in connection with debt collection, § 809 Validation of debts, 20 US Code § 1234e - Cease and desist, 18 U.S.Code 51038 (b), False Information and Hoaxes (See attachment)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Prakash Narayan                         , is a citizen of the

        State of *(name)* California                              .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                                   , is incorporated

        under the laws of the State of *(name)*

        and has its principal place of business in the State of *(name)*

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*                                   , is a citizen of

        the State of *(name)*                              . Or is a citizen of

        *(foreign nation)*

b.    If the defendant is a corporation

The defendant, *(name)* NBS Defaukt Services LLC , is incorporated under

the laws of the State of *(name)* California , and has its

principal place of business in the State of *(name)* Texas .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* Texas (unknown) .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff lost close to $65,000.00 for keeping no records cords. $15,000.00 public nuisance and rest $50,000.00 in property tax. Rest is for pain and suffering, emotional distress multiple violation many federal laws because no has records but wants to foreclosure plaintiff property.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Defendants has no records of property tax back from 2003 bill fully itemized bills. Defendants cannot provide full records. Defendants purchase loan in August 2021 since then has refused corporate with plaintiff. Plaintiff requested many times with certified mailed to provide records, but they have refused. Defendant has promised they have request for information and its past 10 months or more plaintiff has received no records. Defendant cannot provide records for $16,435.71 paid between August 1, 2021 to May 2022. Its less than one year property tax is $2,100.00 for year but paid $16,435.71. Defendant's response to CFPB complaint asked plaintiff get records from county. Defendants found no records has no records, do not respond to dispute, resolving CFB complaint not in relation to plaintiff complain.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 1, 2021 and March 8, 2022

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff has valid mortgage loan that was purchased around August 2021 by Defendant NBS Default Services LLC et.al and co- Defendant Specialized Loan Servicing LLC. Mortgage loan was refinance with Wells Fargo Bank in 2003 for 30 years life of the loan.On or around 2010, a dispute arose between Plaintiff and WELLS FARGO BANK which resulted Plaintiff filing close to 20 compliant with CFPB. None of the complaint or disputed has been resolved because WELLS FARGO BANK has no full records for escrow account or property tax.Wells Fargo Bank without resolving dispute sold to the to Defendants NBS Default Service LLC et.al currently loan remains are in dispute without responding to Plaintiff dispute. Plaintiff dispute was Defendants NBS Default Service LLC et.al who has no records for itemize bills that was received from county to pay for property tax. (See attachement)

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pain and suffering, emotional distress, loss of appetizer, cannot sleep, throw up, cannot concentrate on working, having problem to eat, out focus, chest pain, loss eye vision. Without having any evidence of itemize bills, cancel checks or the form of payment plaintiff house is put on ntice for defalut to sell. Without having any evidence of itemize bills, cancel checks or the form of payment plaintiff house is put on notice for default to sell the property. Plaintiff has every single right to get full itemize bill and understand what bills were paid and to authenticate it was legitimate bills. But no one has full records at all. No one has any records what public nuisance is and what was the amount billed and how much was paid. Defendants has zero records. County has zero records. Wells Fargo Bank has zero records. Plaintiff personal information are in hands of strangers. Its free for all to sell the property for having no records and its lawless to file default by not responding to dispute and refusing to provide records and asking to pay for. It' s a scam to ask to pay $56,008.97 and having no fully itemize bills. Plaintiff is forced to pay for $16,435.00 property tax bill in close to 8 months and the property is $2100.00 for one year.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

i. Statutory damages;
ii. Punitive damages
iii. Attorneys' fees and costs;
v. For privacy violation plaintiff is asking ten million dollars from each defendant.
vi. For data breach plaintiff is asking ten million dollars from each defendant.
vii. Plaintiff asking court set up trust account so plaintiff can to court and bring the account current until jury decides the case.
viii. Plaintiff will keep paying $503.00 as on-line mortgage calculator determine payment for $85,500.00 balance.
ix. For keeping no records plaintiff is asking five million dollars each defendant.
(See attachment)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              06/23/2022

Signature of Plaintiff

Printed Name of Plaintiff        Prakash Narayan

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## V. Relief Attachment

i.     1. Rescind foreclosure recorded to sell with county recorder's office that is illegal because defendants have no records fully itemize real estate tax or property tax and public nuisance.

ii.    Remove all and entire fee and attorney cost

iii.   Provide all forms of communication with plaintiff and his spouse that in writing, via email, US postal mail, and fax for financial workout solution. Provided date time and the method. If phone call was made provide records of the number called and phone records all out bound showing calls were made.

iv.    Pay plaintiff $10,000,000.00 data breach and privacy violation by each defendant.

v.     Plaintiff is requesting no White Judge and other any other race should should be fine who would follow laws.

vi.    In 21 days after receiving complaint Defendants provide entire records of escrow account to the court from 2003 to June 2022.

vii.   On 22 day Judge to call Defendants attorney in the chambers to validate debt upon Plaintiff authentication.

viii.  Defendants to provide all forms payment either check, ach any format to county from 2003 to June 2022.

ix.    Defendants to provide public nuisance records on 22nd day after receiving complaint provide copies of payment made to county and the amount that was paid for public nuisance.

x.     Defendants to provide in 22nd days after receiving complaint provided entire property tax bill form 2003 to June 2022 for plaintiff to authenticate.

xi.    Pay plaintiff $5,000,000.00 for rest of the violation.

xii.   Sell the loan to another company

xiii.  Stop paying escrow account or property tax

xiv.   Stop paying property tax that is not real estate tax Plaintiff will pay.

1

xv. Cite California and federal law public nuisance is property tax and is escrow account

xvi. Provide registered name of NBS Default Services LLC to court from states of Texas and California.

xvii. Provide business license number state of Texas and county, same from state of California.

xviii. Provide name mailing address, email address, fax number and phone number for the following.

xix. A. James Aranda

xx. B. Cynthia Wallace

xxi. C. Title 365, 1600 Saint Andrew Place, Santa Ana, CA 92705

xxii. Provide the reason neither loan has been modified or denied that HUD Consoler Gore and Thompson provide for 2018, 2019, 2020, 2021.

xxiii. Provide plaintiff each and every letter, email plaintiff offered to pay in full and bring the account current without escrow because defendants have no records.

xxiv. Provide all and entire letters and email plaintiff stated plaintiff do want escrow account and pay the outstanding unpaid balance on the account.

xxv. Provide and each letter, email plaintiff stated plaintiff did not refused loan modification and to remove escrow account so plaintiff can start making payments and defendants response.

xxvi. Provide all and entire letter and email plaintiff offer for settlement and the response from the defendants.

xxvii. FAILURE TO PROVIDE REQUESTED INFORMATION IN 22 DAYS AFTER COMPLAINT IS RECEIVED JUDGE SHOULD MAKE AN ORDER THIS CASE SHOULD BE SETTLED IN 7 DAYS AND DEFENDANTS SHOULD BE FORCED BY JUDGE TO SETTLE THIS CASE.

xxviii. FAILURE HAVE RECORDS DELIVERED TO COURT AND PLAINTIFF IN THIS CASE JUDGE SHOULD AWARD DAMAGE FOR AS PER EACH AND EVERY VIOLATION PLAINTIFF HAS STATED.

2

xxix.     Plaintiff and the spouse have suffered hell lot of pain and suffering to obtain records for over 10 years and now without providing records, without responding dispute, without providing full itemize bills of $56,008.97 and refusing full to itemize records for $56,008.97 which is now past 12 days. It is nightmare for Plaintiff and spouse to pay for having no records and without knowing what Plaintiff and spouse will be paying for.

xxx.      IT'S A SCAM TO ASK PLAINTIFF TO PAY FOR BY HAVING NO RECORDS AND REQUESTING JUDGE TO DECLARE ITS SCAM.

xxxi.          other and further relief that may be just and proper.

Respectfully Submitted

DATED: 6/24/2022

Prakash Narayan
Plaintiff

## III. Item 3 Attachment

## "*NO ONE HAS FULLY RECORDS DEFENDANTS NBS DEFAULT SERVICES LLC ET.AL, COUNTY AND WELLS FARGO BANK FOR PROPERTY TAX, PUBLIC NUISANCE AND THE AMOUNT FOR PUBLIC NUISANCE WAS PAID*"

30.     After loan was sold to Defendants NBS Default Services LLC et.al Plaintiff filed dispute and request for full records. Plaintiff filed multiple complaint with CFPB Plaintiff has been informed Defendants NBS Default Services LLC co–Defendant Loan Specialized Servicing LLC has no records what was owed on Plaintiff's escrow account what was paid and public nuisance what that was and the amount that was paid for public nuisance.

31.     Plaintiff MR. NARAYAN said on the phone and in writing that he would not pay the disputed amount but agreed to pay the undisputed amount. Certified mail copy delivery date will be provided to court later.

32.     Plaintiff also stated plaintiff will pay in full undisputed amount bring the account current continued to make payments on the account for the undisputed amount, which was less than past due amount to Defendants SPECIALIZED LOAN SERVICING LLC. There is no response to plaintiff request from Exhibit 1.

33.     Plaintiff offered same as above to Defendants NBS Default Services LLC et.al Plaintiff also never received any response but only acknowledgment letter dispute and request was received. Plaintiff will will provide delivery date of dispute, request to provide full records and acknowledgment exhibit 2

34.     Following Plaintiff's refusal to pay the debt, Defendant started making numerous phone calls to Plaintiff daily.

35.     These numerous calls were placed to Plaintiff's cell phone, work phone, and home phone.

36.     Plaintiff demanded that NBS DEFAULT SERVICE LLC et.al stop placing calls to Plaintiff during the first or second conversation. Followed by written request with delivery confirmation and cease desist request exhibit 3. Plaintiff will provide phone calls to court later.

1

37.     Following Plaintiff's demands for calls to cease, and within the past 10 months, Plaintiff received approximately the following number of calls:

1.     Calls to Cell phone = 30 to 50 calls

2.     Calls to house phone = 20 to 50 calls

3.     Calls to work phone = 5 or 10 times

38.     When Defendant called Plaintiff, it used an automated dialer to telephone Plaintiff. When picked up, or when a message was left, Plaintiff was played a recording with an artificial, pre-recorded, voice, telling Plaintiff to return Defendant's call during a specified time period.

39.     The calls with an artificial voice were placed to Plaintiff's home phone, his cell phone and his work phone after Plaintiff demanded that calls to Plaintiff cease

2

PRAKASH NARAYAN
7278 Munson Way, Sacramento, CA 95823
Phone No 916-422-72878
Email: pn011959@yahoo.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRAKASH NARAYAN,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**NBS DEFAULT SERVICES LLC, DBA NATIONAL BANKRUPTCY SERVICE, DBA BONIAL & ASSOCIATES P.C, DBA AUSTIN NAGAR & ASSOCIATES, DBA NBS AND SPECIALIZED LOAN SERVICING LLC**<br><br>**DOES 1 through 10**, inclusive,<br><br>Defendants. | Case #:<br><br>**COMPLAINT FOR DAMAGES**<br><br>**VIOLATION FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), PRIVACY ACT OF 1974, CEASE AND DESIST § 1209.5. WRONGFUL FORECLOSURE**<br><br>**DEMAND FOR JURY TRIAL ONLY AND ONLY JURY TRIAL** |

## INTRODUCTION

1.     NBS DEFAULT SERVICES LLC et.al ("NBS DEFAULT SERVICES LLC ET.AL") violated FDCPA by entering default notice to foreclosure plaintiff property despite having records of property tax or escrow account.

  Plaintiff rights was also violated by sending plaintiff records to undisclosed location plaintiff never had that address at 177 North Ventura Ave, Ventura, CA 93001

2.     Plaintiff personal information was disclosed to unknown persons address who plaintiff has no idea who this entity or person received the records.

3.     Plaintiff filed complaint with CA Department of Financial Protection and Innovation (DFPI) and received response on November 22, 2021 address was provide

-1-

by Wells Fargo Bank who holds plaintiff mortgage loan. Wells Fargo Bank also changed plaintiff address and send plaintiff records for many years to 19 International Blvd, Rancho Mirage, CA 92270.

4.    Twice Plaintiff privacy rights were violated by sending records to two different location and Plaintiff never had both address and lived at either of the address.

5.    Plaintiff believes loan was sold to Defendants NBS Default Services LLC e.t around August 2021 plaintiff do not have exact date it was sold but presumes August 1. 2021.

6.    Law requires both entities to inform Plaintiff in writing loan was sold and purchased as of June 22, 2022 plaintiff did not received sold loan from NBS Default Service, Specialized Loan Servicing and from Wells Fargo Bank.

7.    Defendant Specialized Loan servicing included entire documents to California DEPI including refinance documents, deed and so on but there is no records Plaintiff was ever informed they purchased the loan. Plaintiff rights has been violated by not information purchased and sold by Defendants and Wells Fargo Bank..

8.    On September 27, 2021 plaintiff received statement from NBS Default Services LLC et.al with added fee asking Plaintiff to make payment.

9.    Plaintiff called Defendant Specialized Loan Servicing LLC who refused to cooperate with plaintiff yet demanded plaintiff to make payment.

10.    On October 7, 2021 plaintiff filed dispute and complied with FDCPA requirement to file dispute in 30 days and also requested to cease and desist.

11.    As of June 22, 2022 Defendant Specialized Loan Servicing LLC has provided no response to Plaintiff dispute but kept receiving phone calls and violated cease and desist laws.

12.    On March 11, 2022 Plaintiff received from notice from Defendants NBS Default Services LLC to make payment. Plaintiff called multiple and multiple time left voice mail message no one returned phone call. On March 24. 2022 Plaintiff than fled dispute with NBS Default Services LLC et. al by fax number that was on the notice.

13.    Plaintiff than received phone call and was surprised NBS Default Service LLC is using phony name and abundance of names was provide to Plaintiff. Plaintiff than

-2-

**Amended conference statement and leave to amend complaint**

received two emails and Plaintiff filed dispute via email on March 24, 2022 again via email.

14.     As of June 22, 2022 Plaintiff once again has not received response to Plaintiffs dispute from NBS Default Services LLC.

15.     On April 20, 2022 Plaintiff than sent cease and desist and dispute once again and as of June 22, 2022 Plaintiff received no response to plaintiff dispute except acknowledgment it was received by NBS Default Services LLC.

16.     Plaintiff complied FDCPA requirement by fling dispute with Defendants NBS Default Devices LLC in 30 days.

17.     Dispute Plaintiff with Defendants NBS Default dispute in less than 30 days and not getting response as of June 22, 2022 NBS Default Service LLC et.al chose to file notice of default with county records office to foreclose the property.

18.     NBS Default Servicing LLC e.t al filed wrong full default notice to foreclose the property by having no records and no sending no response to Plaintiff dispute.

19.     Plaintiff received calls while he was eating, sleeping, working and spending time with his wife.

"There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy."

## **PARTIES**

21.     Plaintiff, Parkash NARAYAN ("plaintiff" or "NARAYAN") is, and at all times herein mentioned was, a natural person who resides in the City of Sacramento, County of Sacramento, and State of California. He is a "person" as defined by and protected under California Civil Code 1788.2(g).

22.     NBS DEFAULT SERVICE LLC ET.AL ("Defendants" or "NBS DEFAULT SERVICES ET. AL,") is, and at all times herein mentioned was, on information and belief, a corporation which lawfully conducts business in the State of California. Defendant is a debt collector as defined by California Civil Code 1788.2(c).

-3-

1
2
3
5
6
7

23.    The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants DOES 1-10 inclusive, are unknown to plaintiff who, therefore, sues said defendants by such fictitious names. Plaintiff will amend this complaint to show their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of said defendants is responsible in some manner for the events and happenings, and proximately caused the injuries and damages, hereinafter alleged.

8

## JURISDICTION AND VENUE

9
10
11

24.    Jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C. § 1337. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

12
13

25.    Because Defendants do business within the State of California, personal jurisdiction is established.

14

26.    Venue is proper pursuant to 28 U.S.C. 1391.

15

## FACTUAL ALLEGATIONS

16
17
18

27.    Plaintiff has valid mortgage loan that was purchased around August 2021 by Defendant NBS Default Services LLC et.al and co- Defendant Specialized Loan Servicing LLC. Mortgage loan was refinance with Wells Fargo Bank in 2003 for 30 years life of the loan.

19
20
21
22

28.    On or around 2010, a dispute arose between Plaintiff and WELLS FARGO BANK which resulted Plaintiff filing close to 20 compliant with CFPB. None of the complaint or disputed has been resolved because WELLS FARGO BANK has no full records for escrow account or property tax.

23
24
25
26

29.    Wells Fargo Bank without resolving dispute sold to the to Defendants NBS Default Service LLC et.al currently loan remains are in dispute without responding to Plaintiff dispute. Plaintiff dispute was Defendants NBS Default Service LLC et.al who has no records for itemize bills that was received from county to pay for property tax.

27
28

"**NO ONE HAS FULLY RECORDS DEFENDANTS NBS DEFAULT SERVICES LLC ET.AL, COUNTY AND WELLS FARGO BANK FOR PROPERTY TAX, PUBLIC NUISANCE AND THE AMOUNT FOR PUBLIC NUISANCE WAS PAID**"

-4-

30. After loan was sold to Defendants NBS Default Services LLC et.al Plaintiff filed dispute and request for full records. Plaintiff filed multiple complaint with CFPB Plaintiff has been informed Defendants NBS Default Services LLC co–Defendant Loan Specialized Servicing LLC has no records what was owed on Plaintiff's escrow account what was paid and public nuisance what that was and the amount that was paid for public nuisance.

31. Plaintiff MR. NARAYAN said on the phone and in writing that he would not pay the disputed amount but agreed to pay the undisputed amount. Certified mail copy delivery date will be provided to court later.

32. Plaintiff also stated plaintiff will pay in full undisputed amount bring the account current continued to make payments on the account for the undisputed amount, which was less than past due amount to Defendants SPECIALIZED LOAN SERVICING LLC. There is no response to plaintiff request from Exhibit 1.

33. Plaintiff offered same as above to Defendants NBS Default Services LLC et.al Plaintiff also never received any response but only acknowledgment letter dispute and request was received. Plaintiff will will provide delivery date of dispute, request to provide full records and acknowledgment exhibit 2

34. Following Plaintiff's refusal to pay the debt, Defendant started making numerous phone calls to Plaintiff daily.

35. These numerous calls were placed to Plaintiff's cell phone, work phone, and home phone.

36. Plaintiff demanded that NBS DEFAULT SERVICE LLC et.al stop placing calls to Plaintiff during the first or second conversation. Followed by written request with delivery confirmation and cease desist request exhibit 3. Plaintiff will provide phone calls to court later.

37. Following Plaintiff's demands for calls to cease, and within the past 10 months, Plaintiff received approximately the following number of calls:

1. Calls to Cell phone = 30 to 50 calls

2. Calls to house phone = 20 to 50 calls

3. Calls to work phone = 5 or 10 times

-5-

38.     When Defendant called Plaintiff, it used an automated dialer to telephone Plaintiff. When picked up, or when a message was left, Plaintiff was played a recording with an artificial, pre-recorded, voice, telling Plaintiff to return Defendant's call during a specified time period.

39.     The calls with an artificial voice were placed to Plaintiff's home phone, his cell phone and his work phone after Plaintiff demanded that calls to Plaintiff cease.

## FIRST CAUSE OF ACTION
(California Civil Code 1788)

40.     Plaintiff reaffirms and realleges paragraphs above herein as if specifically set forth more fully herein below.

41.     Defendant is included in the class of entities whose debt collection activities are regulated under California Civil Code section 1788 et seq, as defined by California Civil Code § 1788.2(c).

42.     Plaintiff is a "person" as defined by California Civil Code § 1788.2(g).

43.     Plaintiff is a "debtor" as defined by California Civil Code § 1788.2(h).

44.     This case involves money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a mortgage loan debt transaction. As such, this action arises out of a "consumer debt" as those terms are defined by California Civil Code § 1788.2(f).

45.     Defendants acts and omissions violated California Civil Code § 1788 et seq, the Rosenthal Fair Debt Collection Practices Act, including, but not limited to the below activity:

1788. Defendants violated 1788.11(d) by calling Plaintiff repeatedly and continuously.

1789. Defendants violated 1788.11(e) by communicating by telephone with Plaintiff in such frequency as to be unreasonable and to constitute harassment to the Plaintiff under the circumstances.

1790. Defendants violated 1788.11(a) by placing telephone calls without disclosure of the caller's identity.

1791. Defendants violated § 1788.17 by engaging in impermissible communications with third parties; engaging in conduct the natural consequence which is to abuse or

**Amended conference statement and leave to amend complaint**

1  harass (including causing a telephone to ring or engaging any person in telephone
2  conversation repeatedly or continuously with intent to annoy, abuse, or harass any
3  person at the called number); making false deceptive and misleading statements in an
   attempt to collect a debt, taking action one cannot legally take; failing to properly
5  disclose an identify oneself; using unfair or unconscionable practices in an attempt to
6  collect a debt, prohibited by 15 U.S.C. § 1692 et seq.

7  46.    Plaintiff is entitled to statutory damages, actual damages and attorney fees and
8  cost of suit.

9  47.    Plaintiff suffered actual damages and emotional distress as describe above.

10  ## SECOND CAUSE OF ACTION
    (Invasion of Privacy – Intrusion on Seclusion)
11

12  48.    Plaintiff repeats, re-alleges, and incorporates by reference all of the paragraphs
13  above as though fully stated herein.

14  49.    Defendants' outrageous, abusive, and undignified acts as described herein
    constituted intrusion upon Plaintiff's seclusion.
15
16  50.    Defendants intruded upon the solitude or seclusion, private affairs or concerns of
    Plaintiff.
17
18  51.    The intrusion was substantial, and of a kind that would be highly offensive to an
    ordinary reasonable person.

19  52.    The intrusion caused Plaintiff to sustain injury, damage, loss or harm in the form
20  of emotional distress mentioned above.

21  53.    As a direct and proximate result of Defendants' unlawful conduct, Plaintiff
22  suffered damages in an amount to be determined by proof and a finder of fact at trial.

23  54.    Defendants acted with oppression, fraud, and/or malice, thereby entitling Plaintiff
24  to punitive damages in an amount according to proof and a finder of fact at trial.

25  ## THIRD CAUSE OF ACTION
    (Breach of Contract)
26
27  55.    Plaintiff re-alleges and incorporates by reference, every allegation contained in
    the preceding paragraphs of this Complaint as through fully set forth
28  56.    herein.

**Amended conference statement and leave to amend complaint**

1
2

57.    There is a valid and existing mortgage loan agreement between Plaintiffs, spouse and Defendants

3
5

58.    Plaintiffs performed or were excused from performance under the agreement.

59.    Defendants breached the agreement by, inter alia, refusing to provide monthly mortgage statement since August 1, 2021.

6
7
8

60.    Defendants NBS Default Services LLC et.al breached the agreement by, inter alia, by adding escrow account and paying for escrow accounts against the will of plaintiff and keeping no records.

9
10
11

61.    Defendants NBS Default Services LLC et.al failed to keep verify with plaintiff entire escrow account and has no records at all to provide to plaintiff and asking plaintiff to pay for having no records.

12
13
14

62.    Defendants NBS Default Services LLC et has no records of public nuisance that was added to property tax and the amount. Defendants NBS Default Services LLC et has no records to provide to plaintiff and asking plaintiff to pay for having no records.

## FOURTH CAUSE OF ACTION
15
(Contractual Breach of the Implied Covenant of Good Faith and Fair Dealing)

16
17

63.    PLAINTIFF reaffirms, realleges, and incorporates all facts contained in the paragraphs above as if specifically set forth more fully herein below.

18

64.    There is implied in every contract a covenant of good faith and fair dealing.

19
20
21

65.    Plaintiffs and Defendants NBS Default Services LLC et.al entered into a valid and existing mortgage loan agreement purchasing loan from Wells Fargo Bank in August 1, 2021.

22
23
24
25

Defendants NBS Default Services LLC et.al owed Plaintiff a duty of good faith and fair dealing. Defendant NBS Default Services LLC et.al breached its duty of good faith and fair dealing by, inter alia, refusing to properly provide records with entire bills itemized to Plaintiff.

26
27

66.    Defendants NBS Default Services LLC et.al owed Plaintiff a duty of good faith and fair dealings. Defendant NBS Default Services LLC et.al paid for escrow account and wants plaintiff to pay but has no records.

28

67.    Defendants NBS Default Services LLC et. al owed Plaintiffs a duty of good

-8-

faith and fair dealing.

68. Defendants NBS Default Services LLC et.al breached its duty of good faith and fair dealing by, inter alia, refusing to properly provide records with entire bills itemized to Plaintiff.

## FIFTH CAUSE OF ACTION
(Failure to validate the debt namely escrow account)

69. Defendants NBS Default Services LLC et. al failed to valid plaintiff debt namely escrow account for financial gain and continued pay without having full items bills.

70. Plaintiff has been asking full items bills for each escrow account and for close to 10 years and plaintiff has been asked to get it from county. County is saying to it get it from city and county has no records.

71. None of the Defendants ever provide fully itemize bills to plaintiff and to Consumer Bureau Final Protection for close 20 complaints filed by plaintiff.

## SIX CAUSE OF ACTION
(Plaintiff disputed loan)

72. Plaintiff has been filing dispute for close to 10 years unpaid loan unpaid amount is not correct.

73. Defendants' NBS Default Services LLC et. al counties to ignore the dispute and and keeps asking to pay disputed amount in violation of Fair Debt Practices Act (FDCPA)

74. The only amount which plaintiff should be asked to pay that is not in dispute under Fair Debt Practices Act BECAUSE NO ONE HAS RECORDS.

75. Defendants NBS Default Services LLC et.al has not provided any records and has no records. Plaintiff dispute is legitimate dispute and plaintiff should not pay any amount that Defendants NBS Default Services LLC et. al who has no records off.

76. Plaintiff sent written request to provide records and disputed the balance via certified mail that was delivered to SPECIALIZED LOAN SERVICING LLC October 15, 2021. Plaintiff on October 27, 2021 promptly responded to Defendants SPECIALIZED LOAN SERVICING LLC et.al first communication received on September 27, 2021. As of June 2022, debt has not been validated and plaintiff has received no records. Delivery confirm will be provide to court later.

-9-

77. Defendants N.B.S Default Service LLC et. al first communication was received with phony account number 9462-5309 on March 11, 2022. Plaintiff sent written dispute to fax number that was provided to 972-998-8436 certified mail and email dispute on March 24, 2022. After getting no response to dispute written dispute was mailed on April 20, 2002 with cease and desist request and requested for records on April 20, 2022. Delivery confirm will be provide to court later.

78. As of June 22, Plaintiff has not received any records or heard anything for the disputed items from Defendants NBS Default Services LLC et. al

SEVENTH CAUSE OF ACTION MISREPRESENTATION

(Cheating doing business in Texas fax number in California)

79. Defendants NBS Default Services LLC is only registered to do business in California. Phones are code 972-643-6600 is in Texas and the fax number is 213-863-6065 which is in California.

80. Upon getting notice from NBS Default Services LLC et.al plaintiff called and left several, message. Phone call was returned by Dani Conyers who told plaintiff she does not who NBS Default Services LLC.

81. Plaintiff was explained NBS is National Bankruptcy Service is the name and not NBS Default Services.

82. Plaintiff was further explained by Dani she has no idea why fax number 213 was provided and who it belongs to. Plaintiff was explained they phone, and fax number starts with 972. Plaintiff was asked to after doing research Plaintiff was explained fax number 213 is based in California and she has no idea why California fax number was provided.

83. Plaintiff than filed complaint with Consumer Bureau Financial Protection. Plaintiff case was closed by CFPB that Defendant NBS Default Service LLC et al cannot be reached. Exhibit will provide later neither plaintiff of Federal government can contact defendant N.B.S Default service LLC.

84. Almost entire letter received from Defendant NBS Default Services LLC has no address of the sender.

-10-

85.    Around April 21, 2022 plaintiff acknowledgment letter of dispute from Defendants NBS Default Services LLC. Return name states sender BPC documents inside belongs to Defendants NBS Default Services LLC et. al its blacked out. Exhibit will be provide to court its blacked out and envelope copy.

86.    However, plaintiff was sent acknowledgment of plaintiff dispute and cease and desist request. This time sender names is BPC Bonnie & Associates, P.C with information covered with black maker plaintiff cannot see. Letter in the envelope letter head of NBS Default Service LLC et.al.

87.    On June 19, 2022 Plaintiff received acknowledgment on Plaintiff request to provide full itemize bill for $56,008.97. This time send name is NBS shows how fraud entity Defendants NBS Default Services LLC et. al are fraud crated to foreclosure properties by using multiple names so homeowners cannot track records.

88.    Its fraud and cheat first to name is different and NBS could mean anything. Company doing business in Texas with 972 are code fax number provide is California 213. Envelope senders' names marked NBS, BPC Bonnie and Associates P.C so on.

## SEVEN CAUSE OF ACTION.
(Privacy and Data Breach Violation)

89.    Defendants NBS Default Services LLC et. and Wells Fargo Bank al violated plaintiff privacy rights by sending personal information for many years to 19 International Blvd, Rancho Mirage CA 99270-1955. Plaintiff never had this ever and many documents with personal information was mailed to this address for many years.

90.    In 2021 Defendants NBS Default services LLC et.al mailed plaintff records and personal information address to 177 North Ventura Ave, Ventura, CA 93001. Plaintiff personal information were again compromised and sending to phony address plaintiff never had.

91.    In 2021 Defendants NBS Default et.al responded Plaintiff complaint filed California DEPI responses dated November 12, 2021 states Wells Fargo Bank provided phony address.

92.    Plaintiff complaint with CFPB and received response around June sent 10, 2022 response it attorney information but did not provided attorney representation letter.

-11-

93. Plaintiff asked attorney representation letter with supervisor in January 2022 which was promised that Plaintiff will get it. Plaintiff never received letter of representation from attorney.

94. Which one is correct response to CFPB or CA DEPI? Is only cover up to privacy and data breach.

95. **_BOTH CAN NOT BE RIGHT_**

96. Wells Fargo Bank respond to C.F.P.B denied from 2014 the time we were informed phony address. After filing many complaints with CFPB in 2021 Plaintiff was informed by Wells Fargo Bank it was due National Change of Address in around summer of 2021.

97. In around March 2022 Wells Fargo Bank now admits it was Data Breach stating there was no data breach and privacy rights was violated. 19 International Blvd, Rancho Mirage CA 99270-1955 was changed to National Change of address.

98. Many years documents with personal information were mailed to undisclosed location.

99. **_BOTH CAN NOT BE RIGHT_**

100. NBS Defaults Services LLC et. al mailed our personal records to undisclosed location. Plaintiff request to provide who provide and when was address changed plaintiff is getting contradicting answers.

101. Plaintiff than received email stating it's a bad address.

## EIGHT CAUSE OF ACTION
(Refusing to accept payment and bring account current)

98. Plaintiff has offered many, many instance to pay out standing or unpaid amount to bring the account current exhibit 1 and 2.

99. Defendants NBS Default Services LLC al has refused to accept payment and considering foreclosing the property for financial gain.

100. Proceeding to foreclose the property is bad faith and illegal act by holding deed and refusing to accept payment. Certified mail delivery date will be provided to court Plaintiff made multiple attempts to pay the account and bring to current.

101. Defendants NBS Default Services LLC et. al, Wells Fargo Bank, Specialized

-12-

1   Loan Servicing LLC, BONNIE & ASSOCIATES P.C to regarded foreclose without
2   providing disputed information is bad faith. Without resolving dispute is bad faith.
    102.   Its violation of Fair Debt Practicing Act to demand for full unpaid balance when
3   there is REAL AND LEGITIMATE DISPUTE and Defendants NBS Default Services LLC
5   et. al has no records.
6   103.   **"PLAINTIFF ONCE AGAIN PUTTING ON RECORDS PLAINTIFF IS WILLING
7   TO FULL UNDISPUTED AMOUNT AND BRING THE ACCOUNT TO CURRENT
8   UNTIL DEFENDANTS NBS DEFAULT SERVICES LLC ET.AL CAN PROVIDE FULL
9   ITEMIZE RECORDS VALIDATE THE DEBT THAT PLAINTIFF NEEDS TO
10  AUTHENTICATE THE DEBT"**

11              **NINE CAUSE OF ACTION**
             (VIOLATION OF 18 USC Ch. 47: FRAUD AND FALSE STATEMENTS)
12
13  104.   Defendants NBS Default Services LLC et. al are false property tax approximately
14  $48, 864.77 and has no records to back payments with cancel check, ACH or full
    itemize property tax bill.
15
16  105.   Defendant NBS Default Services LLC et.al, county and Wells Fargo Bank
    dose has not even single records to back up city utility bills in their possession that is
17  plaintiff bills for property tax.
18  106.   Defendants NBS Default Services LLC et.al relied with fake emails that is not
19  single part related plaintiff utility bill
20  106.   Defendant NBS Default et.al paid utility bills to county is violation of Health Safety
21  Code Bill 5473 and has not provide any laws that in contradiction to health and safety
22  code bill 5473 that utility bills are not escrow account.
23  107.   Defendant NBS Default Service LLC et. all and County have no bills to provide to
    plaintiff and city bills was added through back door.
24
25  108.   Defendant NBS Default et.al has proved to Plaintiff it's a FRAUD company to
    advantage of those hold deed. NBS Default Service LLC is not only company they use
26  about but about eight different names.
27  109.   Loan was sold to Defendants NBS Default Services LLC et. al on August 1, 2021
28  first statement received from co Defendants was on September 27, 2021 there were fee

-13-

**Amended conference statement and leave to amend complaint**

and $16,435.71 is totally BALONEY AND FRAUD. For one year property tax is about $2,100.00 its about 9 months not even year so how they paid in less than one year? They have no records to provide is Mortgage Fraud.

## TEN CAUSE OF ACTION
(U.S. Code § 1001 STATEMENT OR ENTRIES GENERALLY)

110.   Defendant NBS Default Services LLC et.al was never provide any bills or any records that states plaintiff utility bill is x amount of dollars fully itemized.

111.   Bill added supposed to be utility bills are fraud and plaintiff has no idea what these bills are.

112.   Utility bills supposed to be utility is not utility bills and NBS Default Services LLC et.al violated U.S Code §1001 making false billing statement.

113.   For many, many years plaintiff has been asking county to provide entire bills city sent to County fully itemized. Plaintiff has been informed by County attorney they have no records for full itemized bill, what was public nuisance and how much was public nuisance. Exhibit 3 email form county attorney.

114.   Defendants NBS Default Services LLC et. al asked to get that from city and County who has no records exhibit A email from County attorney.

115.   Defendants NBS Default Services LLC et.al without providing any bills and without having any bills of property tax proceed to file default notice with county recorder's office is abuse of power.

116.   Defendants NBS Default Services LLC et.al are falsifying records billing statement by having no records and filing no response to plaintiff dispute that was filed on October 7, 2021 and March 24, 2022.

117.   *DEFENDANTS NBS DEFAULT SERVICE LLC ET.AL PAID FOR PUBLIC NUISANCE WHICH IS NOT UTILITY CHARGE OR ESCROW ACCOUNT AND HAS NO RECORDS, NO AMOUNT AND NO IDEA WHAT PUBLIC NUISANCE WAS FOR.*

## ELEVEN CAUSE OF ACTION
(Violation of Fair Credit Billing 15 U.S.C. 1666-1666j)

118.   Federal Trade Commission states all bills must clear to every single costumer and its federal law Fair Debt Practices Act (FDPCA)

-14-

119.   Despite its federal law FDPCA to have bills that are fair and clear to understand Defendants NBS Default Services LLC et.al , County and Wells Fargo Bank all are in violation of Fair Credit Billing Act (FDPCA) having no records.

120.   Defendants NBS Default Services threatened plaintiff by recording county records office for default to foreclose the the property, having no records, zero records, having idea what is public nuisance that was paid and the amount and not responding the dispute.

121.   Defendants NBS Default Services LLC et.al have no records to **MILLIONS OF DOLLARS BILLS AND LONG LIST OF NUMBERS PROVIDE BY THE COUNTY EXHIBIT M NONE STATES TOTAL AMOUNT BILLS OF PLAINTIFF BUT THAT IS ADDRESS TO PLAINTIFF AND PROVIDE TO PLAINTIFF.**

**122.   LIKEWISE, DEFENDANT NBS DEFAULT SERVICES LLC ET. AL HAS NO IDEA WHAT PUBLIC NUISANCE BILL IS THAT IS UTILITY CHARGE, HOW THAT IS ESCROW ACCOUNT AND THE AMOUNT THAT WAS PAID FOR PLAINTIFF.**

123.   Plaintiff filed multiple complaint with CFPB Defendants NBS Default Services LLC et. al county has no records to provide that x amount of dollars was added utility charge is violation of fair credit billing asking plaintiff to call county.

124.   Defendants NBS Default Services LLC et.al and county has no idea what public nuisance charge and the amount violation of fair credit billing is.

125.   Defendants NBS Default Services LLC et.al and county has not been able to provide amount for public nuisance that was added to property tax bill in violation fair credit billing.

## TWELVE CAUSE OF ACTION
(18 U.S.Code 51038 (b). False Information and Hoaxes)

126.   Defendants NBS Default Service LLC et.al ask Plaintiff to pay unpaid balance of $56,008.97 is false information and hoxes. Plaintiff made many requests in writing, verbally on the phone and via fax on June 11, 2022  to provide full itemized billing detail. Plaintiff has not been provided fully itemized bill that's total to $56,008.97 Its now past 12 days Plaintiff has not received fully itemize bill.

-15-

127.   Plaintiff did not received information requested on June 13, 2022 plaintiff sent written request via certified mail with return signature that was received back on June 22, 2022. Plaintiff requested Defendants NBS Default Service et.al to provide full detail itemize bills and records that total to unpaid balance of \$56,008.97. Plaintiff still has no received information so its false information and hoaxes. . However, US Post shows delivery date of June 17, 2022 and court will be provided copy later.

128.   Defendants states they paid close to \$16,435.71.00 in property tax that since they took the loan on August 1, 2021 close 10 months its **DAY LIGHT ROBBERY TO PAY \$16,435.71 PROPERTY TAX IN LESS THAN TEN MONTHS**. Property tax is about \$2,100.00 for one year. Its false and hoxes to state by Defendants NBS Default Services LLC et.al to file default with county recorder's office to foreclose the property. It's not even one year since loan was sold its hoax to charge Plaintiff \$16,435.71 around 10 months' time.

129.   Multiple complaints filed with CFPB plaintiff has been informed CFPB cannot locate NBS Default Service in their data base.

130.   Defendant NBS Default Services LLC using false and hoax name who chose to file notice of default with county recorder's office.

131.   Defendants NBS Default Services LLC et.al, county, Wells Fargo, failed to validate the debt but using false and hoxes records to file default with county recorder's office in violation of FDCPA.

132.   Defendants NBS Default Services LLC et.al County of Sacramento does not have any records and plaintiff had no way to authenticate City bills. County obtained payments from Wells Fargo Bank without having any records. Country of Sacramento have no records could not have been verified City bills and the accuracy of the bills is false and hoxes to file default notice with county recorder's office.

133.   Defendants NBS Default Services LLC et. al is using false and hoxes bills that County provided. County has records for city charges and public nuisance and the amount for public nuisance.

134.   Plaintiff has been asked to request information from City Exhibit A County has no record.

-16-

**Amended conference statement and leave to amend complaint**

135.   Defendants NBS Default Services et.al is using false and hoxes billing from County to intimidate plaintiff with foreclosure property by having no records at all.

County has provided false amount and collected payments from Wells Fargo Bank on false and hoax bills.

136.   Discovery set two in other matter was for admission that County has no records and relied with phony amounts to add to plaintiffs' property tax. Document was signed by County Deputy Counsel under penalty of perjury County has no records.

137.   County was never provided any bill by City and as it was stated it was used through back door it remains that way is the reason Defendants NBS Default Services LLC has no records.

## THIRTEEN CAUSE OF ACTION
(VIOLATION OF 18 U.S Code Chapter 47 -Fraud and False Statements)

138.   Complaint was filed for fraud against entire defendants NBS Default Services LLC et.al. NBS Default Services LLC et.al are using eight different names to avoid either state or federal law violation.

139.   At this stage complaint is based on the FDPCA and other federal violation. This complaint will be amended upon getting an attorney and response from CFPB for RESPA AND TILA violation, City, Wells Fargo Bank and County will be added as defendant as well,

140.   Defendants NBS Default Services LLC et. al did not provided records by County and Wells Fargo Bank property tax bills none has records of fully itemize or broken-down bills that plaintiff can understand. County of Sacramento never provided any bills from city and no records was provided to plaintiff to back up what amount of bills was owed.

141.   County of Sacramento, City of Sacramento and Well Fargo Bank all violated 18 U.S by providing false utility bill. County of Sacramento obtains payments from Wells Fargo Bank by providing false billing statement. County of Sacramento provided false statement to collect and pay City of Sacramento bills. Wells Fargo Bank was provided false property tax collected and payment on false documents that does not exist.

## FOURTEEN CAUSES OF ACTION

**Amended conference statement and leave to amend complaint**

(34 U.S. Code 10272 Falsification or concealment of facts)

142. Defendants NBS Default Services LLC et.al are aiding and abetting of falsifying and concealment of facts by County of Sacramento, City of Sacramento and Wells Fargo Bank violated falsifying utility bill and later concealed facts.

143. Defendants NBS Default Service LLC et.al has no records of any bills or any records to provide to Plaintiff from City billings, county and Wells Fargo Bank.

144. Defendants NBS Default Services et .al County of Sacramento falsified information to obtain payment from Wells Fargo Bank.

145. Defendants NBS Default Services LLC et.al relied phony bills from County of Sacramento and stated they don't have any records to provide for city, property tax charged to Plaintiff. Defendants NBS Default Services LLC et.al conceal facts that were provided by Wells Fargo Bank by County

146. Defendants NBS Default Services LLC et.al conceal the facts by asking plaintiff to pay $56,008.97 of which close to $48,864.00 is property tax.

***"ACCOUNT WAS FULLY CURRENT ON JANUARY 1, 2018"***

***A. REAL ESTATE TAX ABOUT $2,000.00 WAS FROM 2018 TO 2021 IS YEARS FOR 3 YEARS PROPERTY SHOULD TOTAL 4 YEAR IS ABOUT $8000.00***

***B. PRINCIPAL AND INTEREST 714.72 PER MONTH 54 MONTHS PAYMENT FROM 2018 TO JUNE 2022 SHOULD BE $38,568.96***

***C. $38,568.696 PLUS $8,000.00 IS $46,568.96***

***D. WHAT IS THE EXTRA $10,232.0? NO ONE HAS RECORDS FOR THIS?***

147. Defendants NBS Default Service LLS et.al are falsifying and counseling records and has refused to provide records because they have no records.

## FIFTEEN CAUSE OF ACTION

(18 U.S. Code S 1032 Concealment)

148. Defendants NBS Default Service LLC et.al are aiding and abetting public corruption, by providing no records of public corruption of County of Sacramento, City of Sacramento, and Wells Fargo Bank all violated Federal laws by concealment of fact to provide no records to plaintiff.

149.   Defendants NBS Default Services LLC et.al continues to conceal records by refusing to provide records it relied on to obtain city bill payments.

150.   Defendants NBS Default Service LLC et.al are aiding and abetting by providing no records of public corruption County of Sacramento concealed information that was provided to obtain city bills who has no records.

151.   Defendants NBS Default Service LLC et.al are aiding and abetting by providing no records of public corruption by concealing records to defend County of Sacramento by concealment of records refused to provide records that was provided by city to add to plaintiff property tax bill. Various emails to attorney of county to obtain records Plaintiff has been informed they have no records.

152.   **"ITS NOT FEDERAL OR STATE OF CALIFORNIA MONEY PAID AND DEMANDING TO PLAINTIFF TO MAKE PAYMENTS BOTH FEDERAL AND STATE OF CALIFORNIA HAS ITS OBLIGATION TO MAKE SURE PLAINTIFF WHO PAYS BILL TO PROVIDE RECORDS AND IF COUNTY, CITY AND WELLS FARO BANK CHOSE TO CONCEAL FEDERAL GOVERNMENT MUST FORCE TO PROVIDE RECORDS THIS IS DEMAND FROM PLAINTIFF"**

153.   ***[COUNTY COUNSEL SIGNED DISCOVERY IN ANOTHER MATTER UNDER PENALTY OF PERJURY COUNTY HAS NO RECORDS SO THERE IS NO PERIOD]***

## SIXTEEN CAUSE OF ACTION
(18 U.S. Code S 1002 Possession of false papers)

154.   NBS Default Services LLC et.al are in possession false paper from County of Sacramento was provided false city bills and relied with false papers to add to plaintiff property tax city bills. County relied with false paperwork from City of Sacramento.

155.   County has provided false paperwork to Wells Fargo Bank to obtain city charges. County of Sacramento had false documents from City of Sacramento to obtain payments from Wells Fargo Bank.

156.   Defendants NBS Default Services et.al using false papers from County of Sacramento by adding city charges to plaintiff property tax. Having false papers from County of Sacramento violated Federal law using false paperwork obtained from City to

-19-

**Amended conference statement and leave to amend complaint**

obtain payments from Wells Fargo Bank to pay for plaintiff property tax. False
paperwork was used by County to add to plaintiff property tax knowing it was false.

## SEVENTEEN CAUSE OF ACTION
(18 U.S. Code S 1621 Perjury generally)

157.   NBS Default Services LLC et.al singed default notice under penalty of perjury
plaintiff was offered all California home foreclosure prevention its totally false

158.   Plaintiff denies receiving any California foreclosure prevention at all and plaintiff
do know what these are. At the time of preparing and filing this complaint Plaintiff still do
know what California foreclosure preventions are.

159.   Plaintiff is requesting to provide all and entire California foreclosure prevention
that is available to homeowners in California.

160.   In fact, plaintiff through this notice "ONLY" through default plaintiff should have
been offered all California foreclosure prevention laws should have been first offered
before considering filing default notice.

161.   The very close plaintiff can think of would defense from Defendants NBS Default
Services LLC e.t al would they did loan modification own their own. In which plaintiff
requested to remove escrow account because no one has records and plaintiff will pay
real estate tax. Loan modification was canceled by Defendants.

162.   Plaintiff after than while having phone conversation to resolve the matter plaintiff
was informed plaintiff has refused loan modification. Plaintiff denies loan modification
was rejected state this on the phone and wrote to Defendants NBS Default Services
LLC et.al Plaintiff did not refuse loan modification.

163.   Plaintiff will provide copy of the letter to court later plaintiff state plaintiff is not
refusing loan modification. Its perjury when plaintiff did not refuse loan modification
confirming letter will be provide this true plaintiff did not deny loan modification. It's hard
to confirm phone conversation my word against your word is the reason plaintiff put it
writing plaintiff did not decline loan modification.

164.   NBS Default Services LLC et.al committing perjury by signing declaration plaintiff
offered full California foreclosure protection which plaintiff denies. Plaintiff was ever

-20-

**Amended conference statement and leave to amend complaint**

offered for foreclosure protection. No such offer was provided, and plaintiff denies receiving any such offer its perjury to falsify records.

165.    NBS Default Services LLC et.al signed declaration defendants complied with California laws is false. Plaintiff gets this fact from the notice of default entered with county recorder's office is perjury.

166.    Plaintiff received first notice from Defendant NBS Default Services LLC et. al around September 27, 2021. Plaintiff complied with FDPCA law and filed dispute in less than 30 days on October 7, 2021 certified mail delivery copy will be provided to court. Notice was received around September 27, 2021 and dispute was filed on October 7, 2021. There is no response to plaintiff dispute as of June 22, 2022. Its perjury to state 1 Defendants NBS Default Services LLC et.al complied with all applicable laws were followed. Delivery confirmation will be provided to court confirmation of the dispute delivered by Defendant Specialized Loan Servicing LLC.

167.    Plaintiff received second notice from NBS Default Service LLC et. al on March 11, 2022 and second dispute was filed on March 24, 2022 via email and certified mail. Its perjury to file default notice and state all applicable laws were followed. Delivery confirmation of certified, acknowledgment and email will be provided to court later. Apart from acknowledging no dispute responses has been received by plaintiff. There is no response to the dispute as of June 22, 2022.

168.    Defendants NBS Default Services LLC et.al obtain loan from Wells Fargo Bank around August 2021 and claim they paid $16,4337.71 property in less one year or in 8 months.  Property tax or real estate is $2.100.00 year. They could not have June 2021 real estate because was due on June 1,2021 for first six month. Second six months payment is not due until December 31, 2021,

169.    Real estate tax from June to December 31, 2021 could have been paid and that would have been $1050.00 only

170.    Plaintiff received first statement on September 27, 2021 first statement showed Defendants NBS Default Services paid $13,228.01 real estate tax.

    Its perjury they just took the loan on August 1, 2021 and they could have not paid $13,228.01 property tax its perjury.

-21-

1   171.   Plaintiff called on June 11, 2022 and requested for statement which Defendants
2   NBS Default et.al has not provide to plaintiff as of June 22, 2022. It shows property tax
3   tax $16,435.71 on June 1, 2022 which plaintiff requested around June 15, 2022. A
    difference of $3,207.70 property tax paid in 8 months one year property tax is
5   $2,100.00. Its lying under oath is perjury to state they paid $3,207.70 in 8 months
6   172.   Its perjury to sate Defendants NBS Default Service paid $16,435.71 real tax in
7   eight (8) months and no records of cancel check, electronic payment and fully itemize
8   bills has been provided. Off course Defendants NBS Default Services LLC et.al has no
9   record and refused to provide records.

10               ## EIGHTEEN CAUSE OF ACTION
                 (18 U.S. Code S 2257 Record keeping requirements)
11

12   173.   Defendant NBS Default Service LLC et.al, County of Sacramento, City of
13   Sacramento and Wells Fargo bank failed to keep proper records. None of the
     defendants has records to provide to plaintiff. County of Sacramento refused to provide
14   
15   records that was obtained from City as plaintiff unpaid bills. County response to
     discovery set one in another matter stated County informed plaintiff county has no
16   records.

17   174.   Defendants NBS Default Service LLC et.al failed to obtain County, city bills and
18   Wells Fargo Bank records to validate the debt in violation of federal laws required to
19   keep records.

20   175.   FDCPA law and IRS laws required to keep records and provide to customers on
21   request from City, County Sacramento. No one has any records to provide and violates
22   record keeping required under Federal law. County of Sacramento failed to keep proper
23   records amounts that were added to plaintiff property tax. County of Sacramento kept
24   no records that was sent to Wells Fargo Bank obtained payments without having any
25   records is rule of

26               ## NINETEEN CAUSE OF ACTION
                 (18 U.S. Code 287 FALSE FORTUITOUS OR FRAUDULENT CLAIM)
27

28   176.   Defendants NBS Default Services LLC et.al filed false claim that its paid
     $13,228.01 to County of Sacramento by filing Fictitious Fraudulent claims to obtain

-22-

payments from plaintiff without having any records from County. Plaintiff has been informed from Plaintiff's CFPB complaint around June 10, 2022 County search found no records.

177.    Defendants NBS Default Services LLC et.al relied with phony bills and has no records from City of Sacramento by providing Fictitious Fraudulent city unpaid bill when they have no utility bills.

178.    Defendants NBS Default Services LLC et.al has no records on file provided County of Sacramento that was to provide to plaintiff. False and Fictitious and Fraudulent systematic default notice filed with county clerk's office is wrongful foreclosure notice.

## TWENTY CAUSE OF ACTION
### (Negligence)

179.    Plaintiff incorporates by reference the above paragraphs as though fully stated herein below.

180.    Defendants' outrageous, abusive and intrusive acts as described herein constituted negligence.

181.    Defendants negligently inflicted emotional distress.

182.    Defendants breached a duty imposed and failed to exercise ordinary care.

183.    Defendants owed Plaintiff a duty to refrain from unlawful debt collections (California Civil Code §1788 et seq.) and unlawful telephone conduct (Penal Code §653m) and the Telephone Consumer Protection Act.

184.    The breach of such duty proximately caused injury to Plaintiff.

185.    The injury resulted from an occurrence the nature of which these statutes were designed to protect Plaintiff from.

186.    Plaintiff is a member of the class of persons the statutes were designed to protect.

187.    Defendants' conduct, as described herein, was wrongful conduct in that the Defendants conducted their business in an abusive, oppressive, and harassing manner.

188.    Defendants negligently trained, supervised, and retained, its employees and agents.

-23-

189.   Defendants' wrongful conduct as described herein actually and proximately caused the Plaintiff severe and serious emotional distress in that the Defendants wrongful conduct has caused harm as described above.

190.   It is clearly foreseeable that Defendants' actions as described herein could cause harm, including severe and serious emotional distress

191.   As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered damages in an amount to be determined at trial. Defendants' wrongful conduct as described herein actually and proximately caused the Plaintiff's harm as noted above.

192.   Defendants acted with oppression, and/or malice, thereby entitling Plaintiff to punitive damages in an amount to be determined at trial. Defendant acted in a despicable manner and acted with a conscious disregard to the rights of Plaintiff.

193.   On information and belief, Defendant's officers, directors or managing agents authorized or ratified the wrongful acts herein.

194.   On information and belief, Defendant's officers, director's or managing agents are personally guilty of oppression, fraud or

## TWENTY ONE CAUSE OF ACTION
(Over charging Principal and Interest)

195. Balance of loan the account is $83,930.54 principal and interest is $714.42 Defendants is over charging P & I with plaintiff.

196. Plaintiff obtain several estimates as follows from web site and exhibits are attached

E.     Company A. Home IQ states payment for loan $85,000.00 should  be $542.00 P & I interest rate of 5.98 interest rate exhibit B

F.     Company B. States P & I should $503.0 interest rate of 5.875% and $85,000.00 loan amount exhibit C

G.     Company C. States Bank rate loan of $85,000.00 with interest rate 5.875 P & I should be $502.00 also with tax and insurance should be $737.00. P & I $502.00 + insurance $60.00 and tax $175.00 (2100.00 per year) exhibit D

H.     With current market rate from loan depot loan of $85,000.00 interest rate of 3.50% P & I should be $368.00 exhibit E.

-24-

Amended conference statement and leave to amend complaint

197.   Defendants NBS Default Service LLC et.al are overarching Plaintiff for P & I of $714.42 and with taxes only $1,032.18 is **_RIP OFF_**.

## TWENTY TWO CAUSE OF ACTION
### 12 CFR § 1026.13 - Billing error resolution
(Failure to resolve dispute and asking payment for disputed item)

198.   Plaintiff filed first dispute with Defendant Specialized Loan Servicing LLC on October 7, 2021. First notice was received on September 27, 2021 and dispute was filed less than 30 days or in eleven (11) days in compliance of FDCPA laws..

199.   Without getting response to dispute resolution to the dispute and records Plaintiff filed complain with CFPB in March 2022 some after six (6) months late.

200.   Defendant Specialized Loan Servicing LLC filed response to CFPB complain and stated they have no records and Plaintiff should get records from county.

201.   Plaintiff than filed second complain with CFPB May 2022 and received response once again on June 10, 2022 from Specialized Loan Servicing LLC CFPB they have no records, and they search with county records for public nuisance came with no result.

202.   Defendants Specialized Loan Servicing LLC Plaintiff second complain with CFPB was completely out of context. Plaintiff request in the complain was to credit disputed amount and pay restitution for having no records.

203.  Plaintiff received first notice from Defendants NBS Default Services LLC on March 11, 2002,  filed dispute on Mach 24, 2022 complied with FDCPA laws dispute to file dispute in less than 30 days which was filed in 13 days.

204.  Plaintiff received acknowledgement of receiving dispute from Defendants NBS Default Services LLC and as of June 24, 2022 Plaintiff has received no response to dispute, no records and resolution at all.

205.   Plaintiff than file two complain with CFPB according to CFPB Defendant NBS Default Service LLC cannot be located in their data base.

206.   Violation of rule D1 Plaintiff rights has been violated by recoding default notice with county clerk's office to foreclose the property with full amount of $56,008.97 which includes disputed items. Law prohibits Defendants NBS Default Services LLC e.t al ask

-25-

payment for disputed items and Plaintiff has right to withhold disputed amount that is Federal law.

206.   Defendants violated rule D3 by recording with county clerk office to default notice to foreclose the property. Law prohibits Defendants to take any action on the disputed amount until its resolved. Defendants have not file r

# **PRAYER FOR RELIEF**

**WHEREFORE**, PLAINTIFF pray for judgment against DEFENDANTS as follows:

Actual damages according to proof;

i.   Statutory damages;

ii.   Punitive damages

iii.   Attorneys' fees and costs;

iv.   This case should not be decided by demure or denying but plaintiff demand only Jury should with jury trial decide not any judges.

v.   For privacy violation plaintiff is asking ten million dollars from each defendant.

vi.   For data breach plaintiff is asking ten million dollars from each defendant.

vii.   Plaintiff asking court set up trust account so plaintiff can to court and bring the account current until jury decides the case.

viii.   Plaintiff will keep paying $503.00 as on-line mortgage calculator determine payment for $85,500.00 balance.

ix.   For keeping no records plaintiff is asking five million dollars each defendant.

x.   1. Rescind foreclosure recorded to sell with county recorder's office that is illegal because defendants have no records fully itemize real estate tax or property tax and public nuisance.

xi.   Remove all and entire fee and attorney cost

xii. Provide all forms of communication with plaintiff and his spouse that in writing, via email, US postal mail, and fax for financial workout solution. Provided date time and the method. If phone call was made provide records of the number called and phone records all out bound showing calls were made.

xiii. Pay plaintiff $10,000,000.00 data breach and privacy violation by each defendant.

xiv. Plaintiff is requesting no White Judge and other any other race should should be fine who would follow laws.

xv. In 21 days after receiving complaint Defendants provide entire records of escrow account to the court from 2003 to June 2022.

xvi. On 22 day Judge to call Defendants attorney in the chambers to validate debt upon Plaintiff authentication.

xvii. Defendants to provide all forms payment either check, ach any format to county from 2003 to June 2022.

xviii. Defendants to provide public nuisance records on 22nd day after receiving complaint provide copies of payment made to county and the amount that was paid for public nuisance.

xix. Defendants to provide in 22nd days after receiving complaint provided entire property tax bill form 2003 to June 2022 for plaintiff to authenticate.

xx. Pay plaintiff $5,000,000.00 for rest of the violation.

xxi. Sell the loan to another company

xxii. Stop paying escrow account or property tax

xxiii. Stop paying property tax that is not real estate tax Plaintiff will pay.

xxiv. Cite California and federal law public nuisance is property tax and is escrow account

xxv. Provide registered name of NBS Default Services LLC to court from states of Texas and California.

xxvi. Provide business license number state of Texas and county, same from state of California.

-27-

xxvii.  Provide name mailing address, email address, fax number and phone number for the following.

xxviii.  A. James Aranda

xxix.  B. Cynthia Wallace

xxx.  C. Title 365, 1600 Saint Andrew Place, Santa Ana, CA 92705

xxxi.  Provide the reason neither loan has been modified or denied that HUD Consoler Gore and Thompson provide for 2018, 2019, 2020, 2021.

xxxii.  Provide plaintiff each and every one letters, email plaintiff offered to pay in full and bring the account current without escrow because defendants have no records.

xxxiii.  Provide all and entire letters and email plaintiff stated plaintiff do want escrow account and pay the outstanding unpaid balance on the account.

xxxiv.  Provide and each letter, email plaintiff stated plaintiff did not refused loan modification and to remove escrow account so plaintiff can start making payments and defendants response.

xxxv.  Provide all and entire letter and email plaintiff offer for settlement and the response from the defendants.

xxxvi.  FAILURE TO PROVIDE REQUESTED INFORMATION IN 22 DAYS AFTER COMPLAINT IS RECEIVED JUDGE SHOULD MAKE AN ORDER THIS CASE SHOULD BE SETTLED IN 7 DAYS AND DEFENDANTS SHOULD BE FORCED BY JUDGE TO SETTLE THIS CASE.

xxxvii.  FAILURE HAVE RECORDS DELIVERED TO COURT AND PLAINTIFF IN THIS CASE JUDGE SHOULD AWARD DAMAGE FOR AS PER EACH AND EVERY VIOLATION PLAINTIFF HAS STATED.

xxxviii.  Plaintiff and the spouse have suffered hell lot of pain and suffering to obtain records for over 10 years and now without providing records, without responding dispute, without providing full itemize bills of $56,008.97 and refusing full to itemize records for $56,008.97 which is now past 12 days. It is nightmare for Plaintiff and spouse to pay for

-28-

Amended conference statement and leave to amend complaint

having no records and without knowing what Plaintiff and spouse is will be paying for.

xxxix.   IT'S A SCAM TO ASK PLAINTIFF TO PAY FOR BY HAVING NO RECORDS AND REQUESTING JUDGE TO DECLARE ITS SCAM.

xl.      other and further relief that may be just and proper.

Respectfully Submitted

DATED: 6/23/2022

Prakash Narayan
Plaintiff

-29-

**Amended conference statement and leave to amend complaint**

# EXHIBIT A

## RE: Meet and Confer US Case No 2:19-CV-00466-TLN CKD PS

Jun 11, 2020 at 12:00 PM

**Floyd. Keith** <floydk@saccounty.net>
To: pn011959@yahoo.com <pn011959@yahoo.com>
Mr. Narayan,

There is nothing to meet and confer about with respect to *__City of Sacramento utility__*

*__bill records that the County of Sacramento does not have.__* __You have been__

__repeatedly informed that the County did not receive any utility bills from the City__

__of Sacramento for your property__.  The only thing the County received from the City

regarding the property was an electronic request to add the claimed total delinquent

amount the City wanted added to the tax bill.  You have yet to ask for this information in

your discovery requests.

   You have thus far only asked for copies of bills which the County does not

have.  Again, the County does not have copies of City of Sacramento records for utility

charges on your property.

**EXHIBIT B**

**Your homeIQ report for 7278 Munson Way**

**Hi** Michael Hamilton <info@homeiq.report>
To: pn011959@yahoo.com

myhomeIQ

## Hi Prakash Narayan, we have updated your June *my*HomeIQ report for 7278 Munson Way



### It's important to make sure you're getting the best rates

| Term | Interest rate* | Monthly payment* | Saved interest* |
|------|----------------|------------------|-----------------|
| 15 years | 5.01% (6.06% APR) | **$717** | $14,012 |
| 30 years | 5.98% (6.43% APR) | **$542** | -$52,046 |

*All numbers in this report are estimated value and may differ from the actual values.*

View your options

This report is brought to you by



**Chris Lee**
chris.lee@movement.com
(916) 502-1536
LENDER · 1154045
Movement Mortgage · NMLS-39179

# EXHIBIT C

Monthly payment
Purchase budget
Include taxes & fees
$
85,000
Loan amount
Loan term
30-yr fixed
5.875
%
Interest
Monthly payment
$503

**EXHIBIT D**

# Mortgage Calculator

## Home price

Hover here to learn more.
Down payment

Hover here to learn more.
Loan term

Hover here to learn more.
Interest rate

Optional: Taxes, insurance, HOA fees

- Payment breakdown
- Amortization

**Monthly payment breakdown**

## Total monthly payment
### $ 502

| | |
|---|---|
| Principal & interest | $502 |
| Property tax | + |
| Homeowner's insurance | + |
| PMI | + |

HOA fees                                                        +

**Total monthly payment**                    =**$502.00**

# 1. _____

## Mortgages

# 2. Mortgage Calculator

# Mortgage Calculator

Home price

Hover here to learn more.
Down payment

Hover here to learn more.
Loan term

Hover here to learn more.
Interest rate

Optional: Taxes, insurance, HOA fees

- Payment breakdown
- Amortization

# Monthly payment breakdown

Total monthly payment

**$ 737**

Principal & interest                         $502
Property tax                                 175+

| | |
|---|---|
| Homeowner's insurance | + |
| PMI | + |
| HOA fees | + |
| **Total monthly payment** | =$737 |

# EXHIBIT E

# You've been matched to:

Check your inbox to see your matches and details on next steps. If you don't see an email within 15 minutes, please check your other folders and be sure to move us to your primary inbox.

## Results for
## 7278 Munson Way

# $368[1]

*Payment does not include taxes and insurance premiums. The actual payment amount will be greater. Cash out and monthly payment are based on your self-reported information, including a mortgage balance of $85,000, an estimated home value of $500,000, at 3.5% (% APR), 2.25 points due at closing (one point is equal to one percent of your loan amount), a credit score of , and uses a maximum loan-to-value ratio of 80%. Some state and county maximum loan amount restrictions may apply.