UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAKASH NARAYAN. | No. 2:22-cv-01103-DJC-CKD PS |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| NBS DEFAULT SERVICE LLC, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On April 27, 2023, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not objected to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 27, 2023 (ECF No. 38), are adopted in full;
2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b);

1

3. The pending motions (ECF Nos. 2, 3, 11, 12, 14, 19, 20, 26, 31) are denied as moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __June 2, 2023__

*[signature]*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8.Narayan22cv1203.fta.jo