## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PRAKASH NARAYAN,**

CASE NO: **2:22–CV–01103–DJC–CKD**

v.

**NBS DEFAULT SERVICE LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/05/23**

**Keith Holland**
Clerk of Court

ENTERED:  **June 5, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk